**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**August 16, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

_____

RONALD SATISH EMRIT,

    Plaintiff - Appellant,

v.

THE GRAMMY AWARDS ON CBS, d/b/a
The Recording Academy/National
Academy of Recording Arts and Sciences
(NARAS),

    Defendant - Appellee.

No. 24-1056
(D.C. No. 1:24-CV-00122-LTB)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **McHUGH**, Circuit Judges.
_____

Ronald Satish Emrit, proceeding pro se, sued "The Grammy Awards on CBS,"
alleging the Los Angeles Chapter of the Grammy Awards ended his membership in 2010
and denied his request to rejoin in violation of the Civil Rights Act of 1964. He appeals
the district court's dismissal of his complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) for

---

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of this
appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered
submitted without oral argument. This order and judgment is not binding precedent,
except under the doctrines of law of the case, res judicata, and collateral estoppel. It may
be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and
10th Cir. R. 32.1.

failure to state a claim and for improper venue.  We review the dismissal de novo.  *Kay v. Bemis*, 500 F.3d 1214, 1217 (10th Cir. 2007).[1]

Exercising jurisdiction under 28 U.S.C. § 1291, and for substantially the same reasons stated in the district court's dismissal order, we affirm.  Mr. Emrit provides no basis in this brief for this court to decide otherwise.  We deny his motion to proceed *in forma pauperis* because he has not presented any "reasoned, nonfrivolous argument" in support of his appeal.  *Lister v. Dep't of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).[2]

AFFIRMED.

Entered for the Court

Scott M. Matheson, Jr.
Circuit Judge

---

[1] Because Mr. Emrit proceeds pro se, we construe his filings liberally but we do not act as his advocate.  *See James v. Wadas*, 724 F.3d 1312, 1315 (10th Cir. 2013).

[2] The district court noted:  Mr. Emrit "has filed at least nineteen cases against the Grammys since 2023 in federal courts in" fourteen states, "all of which have been dismissed as frivolous, malicious or for failure to state a claim."  ROA, Vol. 1 at 23.